UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN CASTANEIRA, <br><br> Plaintiff <br><br> v. <br><br> CATHERINE McVEY, <br><br> Defendant | CIVIL ACTION NO. 3:13-CV-03108 <br><br> (MUNLEY, J.) <br> (MEHALCHICK, M.J.) |

**ORDER**

AND NOW, this 5th day of June, 2014, for the reasons set forth in the Memorandum filed concurrently herewith, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Summary Judgment, construed as a Motion for Default Judgment (Doc. 22) is **DENIED**.

2. The Clerk is **DIRECTED** to **STRIKE** Plaintiff's Motion to Produce. (Doc. 27).

3. Plaintiff's motion for leave to file additional interrogatories (Doc. 28) is **DENIED** as moot.

4. Plaintiff's motion to substitute successor party is **DENIED** as moot. (Doc. 29). The Clerk is **DIRECTED** to update the docket to reflect this automatic substitution.

                                      **BY THE COURT:**

Dated: June 5, 2014                                 *s/ Karoline Mehalchick*

                                                    **KAROLINE MEHALCHICK**
                                                    **United States Magistrate Judge**