**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RYAN CASTANEIRA,    :    Plaintiff    : | No. 3:13cv3108 |
|    :    v.    :    MICHAEL POTTEIGER,    :    Defendant    : | (Judge Munley) |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 22nd day of September 2014, defendant's motion for judgment on the pleadings (Doc. 41) is **GRANTED**. Accordingly, plaintiff's motions for an order compelling discovery (Doc. 34), emergency temporary restraining order (Doc. 37) and expedited hearing on plaintiff's temporary restraining order (Doc. 38) are **DENIED as MOOT**. The Clerk of Court is directed to enter judgment in favor of the defendant and close this case.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**